# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSN IMPROVEMENTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JASMINE MEDIZADE, REMON HABIB, AND RFA DISTRIBUTION,<br><br>Defendants. | Case No.: ED CV 18-1573-DMG (SHKx)<br><br>**ORDER OF DISMISSAL [27]** |

This Matter having come before the Court on the parties' Stipulation for Dismissal, and good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil, this action is dismissed.

2. The Court retains jurisdiction over the parties and the action to enforce the settlement until performance in full of the terms of the settlement by whatever means necessary, including the Court's consideration of a post-dismissal motion for entry of one or more Stipulated Final Judgments.

**IT IS SO ORDERED.**

DATE: October 1, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -